DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALMIRA SWYGERT,** as personal representative of the
estate of Julia Myers,
Appellant,

v.

**PSL REHABILITATION AND HEALTHCARE, LLC,** d/b/a **PORT ST.
LUCIE REHABILITATION AND HEALTHCARE,**
Appellee.

No. 4D22-571

[January 26, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 562021CA000555AXXXHC.

Lindsey E. Gale and Matthew T. Christ of Domnick Cunningham & Whalen, Palm Beach Gardens, for appellant.

Lisa M. Munoz and Thomas E. Jablonski of Hall Booth Smith, P.C., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***